# In the United States Court of Federal Claims

No. 16-1421C
(Filed: October 18, 2017)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |
|---|---|
| **EFFICIENT ENTERPRISE ENGINEERING, INC.,** | * * * * |
| **Plaintiff,** | * * |
| **v.** | * * |
| **THE UNITED STATES,** | * * |
| **Defendant.** | * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

---

## AMENDED ORDER
---

In accordance with the parties' corrected joint proposed schedule filed October 17, 2017, the Court sets the following amended schedule:

| | |
|---|---|
| **October 17, 2017** | Fact discovery opens.  Parties shall serve their initial disclosures. |
| **March 16, 2018** | The Court will conduct a telephonic conference regarding the status of discovery. |
| **June 29, 2018** | Fact discovery closes. |
| **July 20, 2018** | Affirmative Expert Disclosures shall be served. |
| **August 24, 2018** | Rebuttal Expert Disclosures shall be served. |
| **September 14, 2018** | Expert discovery closes. |
| **October 19, 2018** | Parties shall file any Motions for Summary Judgment. |

| | |
|---|---|
| **November 30, 2018** | Parties shall file their oppositions to Motions for Summary Judgment. |
| **December 21, 2018** | Parties shall file their replies. |
| **April 1, 2019** | Parties shall file a joint status report. |

    s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**